UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABBY VOLATILITY WARRANT MASTER FUND LTD., <br><br> Plaintiff, <br><br> v. <br><br> SAFETY SHOT, INC., <br><br> Defendant. | No. 1:24-cv-00920-NRB |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned enters my appearance as counsel in this action for Defendant Safety Shot, Inc. I am admitted to practice in this Court.

Dated: February 20, 2024
      New York, New York

      Respectfully submitted,

/s/ Kari Parks
Kari Parks
Gusrae Kaplan Nusbaum PLLC
120 Wall Street, 25th Floor
New York, New York 10005
Tel: (212) 269-1400
Fax: (212) 809-4147
kparks@gusraekaplan.com

*Counsel for Defendant Safety Shot, Inc.*