UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
SABBY VOLATILITY WARRANT MASTER FUND
LTD.,

          Plaintiff,                    **ORDER**

      - against -                  24 Civ. 920 (NRB)

SAFETY SHOT, INC.

          Defendant.
---------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court is in receipt of the parties' letter, ECF No. 81, proposing a schedule for objections and requesting clarification regarding the Court's exhibit preferences for the upcoming trial set for January 27, 2026.

The proposed scheduled for objections is approved. As to the format of exhibits, the Court would appreciate receiving <u>both</u> electronic <u>and</u> paper copies of the exhibits and deposition transcripts, including the relevant Excel files.

Dated:    December 12, 2025
          New York, New York

                         NAOMI REICE BUCHWALD
                   UNITED STATES DISTRICT JUDGE