UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
SABBY VOLATILITY WARRANT MASTER FUND
LTD.,

              Plaintiff,                    **ORDER**

      - against -                  24 Civ. 920 (NRB)

SAFETY SHOT, INC.

              Defendant.
--------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

      The Court is in receipt of the parties' letter, ECF No. 89, asking the Court to confirm certain logistical matters for the trial set to begin tomorrow, January 27, 2026.

      The Court confirms the parties' understanding on all four points.  However, both counsel and witnesses should expect to receive questions from the Court itself, both at the opening of trial, and intermittently as trial progresses.

Dated:    January 26, 2026
          New York, New York

                            NAOMI REICE BUCHWALD
                       UNITED STATES DISTRICT JUDGE