CROKE FAIRCHILD DUARTE & BERES

CROKE FAIRCHILD DUARTE & BERES
270 7TH AVENUE
NEW YORK, NY 10001
(212) 416-4684

KARI PARKS
KPARKS@CROKEFAIRCHILD.COM

August 5, 2026

**VIA ECF**
The Honorable Naomi Reice Buchwald, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 21A
New York, New York 10007-1312

RE: Sabby Volatility Warrant Master Fund Ltd. v. Safety Shot Inc., No. 1:24-cv-00920-NRB

I represent Defendant "**Safety Shot**" Inc. in the above-captioned matter and write jointly with counsel for Plaintiff "**Sabby**" Volatility Warrant Master Fund Ltd. to respectfully request that the Court extend the parties' deadline to submit a proposed form of judgment by one week, from this coming Friday, August 7 to the following Friday, August 14. This is the Parties' first request to extend this deadline.

The Parties request that the Court extend this deadline because they are reviewing and negotiating whether and the extent to which any final judgment should include offsets attributable to Safety Shot's previous settlement offers, including a June 24, 2025 Federal Rule of Civil Procedure 68 offer and a November 10, 2025 New York Civil Practice Law and Rules 3220 offer.

Thank you for considering the Parties' request.

Respectfully submitted,

/s/ Kari Parks
Kari Parks

CC: All counsel of record (via ECF)

Application granted.
**So ordered.**

Naomi Reice Buchwald
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
August 5, 2026