OLSHAN

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL: DSTONE@OLSHANLAW.COM
DIRECT DIAL: 212.451.2313

August 21, 2026

**VIA ECF**
The Honorable Naomi Reice Buchwald, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 21A
New York, New York 10007-1312

RE: Sabby Volatility Warrant Master Fund Ltd. v. Safety Shot Inc.,
No. 1:24-cv-00920-NRB

Dear Judge Buchwald,

I represent Plaintiff Sabby Volatility Warrant Master Fund Ltd. ("Sabby") in the above-captioned matter and write jointly with counsel for Defendant Safety Shot Inc. ("Safety Shot") to respectfully request that the Court extend the parties' deadline to submit a proposed form of judgment by one week, from Friday, August 21 to the following Wednesday, August 26. This is the Parties' third request to extend this deadline.

The Parties request that the Court extend this deadline because they are continuing to review and negotiate whether and the extent to which any final judgment should include offsets attributable to Safety Shot's previous settlement offers.

Thank you for considering the Parties' request.

Respectfully submitted,

*/s/ Daniel M. Stone*
Daniel M. Stone

CC: All counsel of record (via ECF)

Application granted.
**So ordered.**

[signature]
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
August 21, 2026