UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABBY VOLATILITY WARRANT MASTER FUND LTD.,

Plaintiff,

-against-

SAFETY SHOT INC.,

Defendant.

24 CIVIL 00920 (NRB)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum and Order dated October 16, 2026, judgment is entered for Sabby in the amount of $966,114.29.

**Dated:** New York, New York
October 22, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**